## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF GLORIA
WILMOT, AN ADULT PROTECTED
PERSON.

GLORIA WILMOT,
                    Appellant,
          vs.
NEVADA GUARDIAN SERVICES, LLC,
                    Respondent.

No. 81115

**FILED**

JUL 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties' joint motion to dismiss this appeal is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. William S. Potter, District Judge, Family Court Division
     Lansford W. Levitt, Settlement Judge
     Legal Aid Center of Southern Nevada, Inc.
     Ballard Spahr LLP/Las Vegas
     Boyer Law Group
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-24817